STEVEN L. DERBY, ESQ. (SBN 148372)
CELIA McGUINNESS, ESQ. (SBN 159420)
DEBORAH D. GETTLEMAN, ESQ. (SBN 267309)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4414
Email: info@dmglawfirm.com

Attorneys for Plaintiffs
WILLIE HOLSTON and ANGELA HOLSTON

Eli A. Gordon (SBN 252823)
Eli.Gordon@kts-law.com
Judy Y. Chiang (SBN 210648)
Judy.Chiang@kts-law.com
KIMBALL, TIREY & ST. JOHN LLP
915 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017
Telephone: (213) 337-0050
Facsimile: (213) 929-2212

Attorneys for Defendant
SOLANO CAROLINA PARTNERS, L.P.

Talia L. Delanoy (SBN 239973)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: tdelanoy@grsm.com

Attorneys for Defendant
JOHN STEWART COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HOLSTON and ANGELA HOLSTON<br><br>Plaintiffs,<br><br>v.<br><br>SOLANO CAROLINA PARTNERS, L.P.; JOHN STEWART CO. (aka The John Stewart Company); and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-01954-JAM-EFB<br><br>**ORDER TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: September 25, 2019 |

# ORDER

Based on the written stipulation of the parties and good cause appearing in support thereof, Plaintiffs may file an amended complaint in the form of the First Amended Complaint attached hereto as Exhibit A.

**IT IS SO ORDERED.**

Dated: 2/5/2020

/s/ John A. Mendez
United Stated District Court Judge