STEVEN L. DERBY, ESQ. (SBN 148372)
CELIA McGUINNESS, ESQ. (SBN 159420)
DEBORAH D. GETTLEMAN, ESQ. (SBN 267309)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4414
Email: info@dmglawfirm.com

Attorneys for Plaintiffs
WILLIE AND ANGELA HOLSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HOLSTON, ANGELA HOLSTON<br><br>Plaintiffs,<br><br>v.<br><br>SOLANO CAROLINA PARTNERS, L.P.; JOHN STEWART CO. (aka The John Stewart Company); and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-01954-JAM-EFB<br><br>**ORDER FOR REFERRAL TO VDRP**<br><br>Complaint Filed: September 25, 2019 |

# ORDER

Based on the written stipulation of the parties and good cause appearing in support thereof, this matter if referred to the Voluntary Dispute Resolution Program pursuant to Local Rule 271.

**IT IS SO ORDERED.**

Dated: 2/19/2020

/s/ John A. Mendez_____
John A. Mendez,
United Stated District Court Judge