STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4414
Email: info@dmglawfirm.com

Attorneys for Plaintiffs
WILLIE HOLSTON and ANGELA HOLSTON

Eli A. Gordon (SBN 252823)
Eli.Gordon@kts-law.com
KIMBALL, TIREY & ST. JOHN LLP
915 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017
Telephone: (213) 337-0050
Facsimile: (213) 929-2212

Attorneys for Defendants
SOLANO CAROLINA PARTNERS, L.P.

Talia L. Delanoy (SBN 239973)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: tdelanoy@grsm.com

Attorneys for Defendant
JOHN STEWART COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HOLSTON and ANGELA HOLSTON<br><br>Plaintiffs,<br><br>v.<br><br>SOLANO CAROLINA PARTNERS, L.P.; JOHN STEWART CO. (aka The John Stewart Company); and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-01954-JAM-EFB<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON**<br>**(AS MODFIED BY THE COURT)**<br><br>**Current Hearing Date: May 5, 2020**<br>**Proposed Hearing Date: June 19, 2020**<br><br>Complaint Filed: September 25, 2019<br><br>First Amended Complaint Filed: February 7, 2020 |

Plaintiffs, WILLIE HOLSTON and ANGELA HOLSTON, and Defendants, SOLANO CAROLINA PARTNERS, L.P. and JOHN STEWART COMPANY, submit the following Joint Stipulation and request that the Court continue the hearing date on Defendants' motion to dismiss the First Amended Complaint (the "Motion").

WHEREAS, on February 7, 2020, Plaintiffs filed a First Amended Complaint ("FAC") for disability discrimination, damages and injunctive relief against Defendants, SOLANO CAROLINA PARTNERS, L.P. and JOHN STEWART COMPANY.

WHEREAS on or about February 7, 2020 the parties stipulated to refer this matter to the Court's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 271 and filed a stipulation with the Court accordingly.

WHEREAS on February 20, 2020, the Court ordered this matter referred to VDRP.

WHEREAS on or about March 12, 2020 the parties stipulated to utilize the services of Carolyn Burnette to serve as mediator in this matter.

WHEREAS on March 31, 2020, the clerk of the Court notified Ms. Burnette that the parties had selected her to serve as mediator in this matter.

WHEREAS on April 2, 2020, the clerk notified the parties that Ms. Burnette's office was not conducting in person mediations due to the COVID-19 pandemic but that a mediation may be had telephonically.

WHEREAS counsel have agreed to hold negotiations telephonically with Ms. Burnette serving as mediator, however, a date for the mediation has not yet been selected. The parties anticipate a mediation taking place sometime in May or June 2020.

WHEREAS the parties would like to participate in a mediation prior to Plaintiffs' opposition papers coming due and leave sufficient time for Plaintiff to file an opposition to the motion to dismiss the FAC if the matter does not settle at the time of the mediation.

1 WHEREAS the parties believe continuing the hearing on the motion to dismiss the FAC will increase the likelihood of this matter settling at the time of the mediation.

WHEREAS, due to the foregoing, the parties have agreed to continue the hearing date for the Motion as more fully set forth below.

**IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys of record that the hearing on the Motion shall be continued from May 5, 2020 to June 16, 2020 at 1:30 p.m. The deadline for opposition and reply papers shall be calendared in accordance with the continued hearing date.

Dated: April 15, 2020              DERBY, McGUINNESS & GOLDSMITH, LLP

                                                              */s/ Steven Derby*
                                                By: Steven L. Derby
                                                Attorneys for Plaintiffs

Dated: April 15, 2020              KIMBALL, TIREY & ST. JOHN LLP

                                                */s/ Eli Gordon*
                                                By: Eli A. Gordon
                                                Attorney for Defendant
                                                SOLANO CAROLINA PARTNERS, L.P.

Dated: April 15, 2020              GORDON REES SCULLY MANSUKHANI, LLP

                                                */s/ Talia Delanoy*
                                                By: Talia Delanoy
                                                Attorney for Defendant
                                                JOHN STEWART COMPANY

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on April 15, 2020, I, Eli A. Gordon, attorney with Kimball, Tirey & St. John, LLP received the concurrence of all counsel in the filing of this document.

*/s/ Eli Gordon*
By: Eli A. Gordon
KIMBALL, TIREY & ST. JOHN LLP

## ORDER (AS MODIFIED BY THE COURT)

Based on the written stipulation of the parties and good cause appearing in support thereof, the Motion shall be continued from May 5, 2020 to **June 16, 2020 at 1:30 p.m.** The deadline for opposition and reply papers shall be calendared in accordance with the continued hearing date.

**IT IS SO ORDERED.**

Dated: April 16, 2020

                                             /s/ John A. Mendez_____
                                          United Stated District Court Judge