STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4414
Email: info@dmglawfirm.com

Attorneys for Plaintiffs
WILLIE HOLSTON and ANGELA HOLSTON

Eli A. Gordon (SBN 252823)
Eli.Gordon@kts-law.com
KIMBALL, TIREY & ST. JOHN LLP
915 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017
Telephone: (213) 337-0050
Facsimile: (213) 929-2212

Attorneys for Defendants
SOLANO CAROLINA PARTNERS, L.P.

Talia L. Delanoy (SBN 239973)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
Email: tdelanoy@grsm.com

Attorneys for Defendant
JOHN STEWART COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HOLSTON and ANGELA HOLSTON<br><br>Plaintiffs,<br><br>v.<br><br>SOLANO CAROLINA PARTNERS, L.P.; JOHN STEWART CO. (aka The John Stewart Company); and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-01954-JAM-EFB<br><br>**SECOND STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON (AS MODIFIED BY THE COURT)**<br><br>**Current Hearing Date: June 16, 2020**<br>**Proposed Hearing Date: August 4, 2020**<br><br>Complaint Filed: September 25, 2019<br><br>First Amended Complaint Filed: February 7, 2020 |

Plaintiffs, WILLIE HOLSTON and ANGELA HOLSTON, and Defendants, SOLANO CAROLINA PARTNERS, L.P. and JOHN STEWART COMPANY, submit the following Joint Stipulation and request that the Court continue the hearing date on Defendants' motion to dismiss the First Amended Complaint (the "Motion").

WHEREAS, on February 7, 2020, Plaintiffs filed a First Amended Complaint ("FAC") for disability discrimination, damages and injunctive relief against Defendants, SOLANO CAROLINA PARTNERS, L.P. and JOHN STEWART COMPANY.

WHEREAS on or about February 7, 2020 the parties stipulated to refer this matter to the Court's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 271 and filed a stipulation with the Court accordingly.

WHEREAS on February 20, 2020, the Court ordered this matter referred to VDRP.

WHEREAS on or about March 12, 2020 the parties stipulated to utilize the services of Carolyn Burnette to serve as mediator in this matter.

WHEREAS on March 31, 2020, the clerk of the Court notified Ms. Burnette that the parties had selected her to serve as mediator in this matter.

WHEREAS on April 2, 2020, the clerk notified the parties that Ms. Burnette's office was not conducting in person mediations due to the COVID-19 pandemic but that a mediation may be had telephonically.

WHEREAS counsel had agreed to hold negotiations telephonically with Ms. Burnette serving as mediator. A remote mediation date was originally scheduled for May 28, 2020.

WHEREAS, in order to permit the parties to participate in said mediation without Plaintiffs' incurring extra attorney fees and costs to oppose the motion to dismiss currently on file in this matter, the parties previously stipulated to continue the motion to dismiss approximately 45 days. The stipulation was filed on April 16, 2020.

WHEREAS, the Court signed the order on the stipulation to continue the hearing date on the motion to dismiss on April 16, 2020 and the hearing on the motion to dismiss was continued to June 16, 2020.

WHEREAS, as part of the settlement negotiations in this matter, Plaintiffs have made a settlement demand which proposes to require certain construction work and alterations to be performed at the apartment community which is the subject of this lawsuit.

WHEREAS, as part of Defendants' preparation for mediation, Defendants have attempted to obtain bids in order to determine the cost to perform the construction work and alterations so that Defendants are able to have a fully informed negotiation at the time of the mediation in this matter. However, due to the ongoing Covid-19 pandemic and the various shelter in place ordinances, Defendants have been unable to procure the necessary bids.

WHEREAS, estimates of the cost to perform the proposed construction and alteration work to the property are necessary in order to have an effective mediation in this matter.

WHEREAS, the parties and the mediator have agreed to continue the mediation in this matter to July 2, 2020.

WHEREAS, as noted in the last stipulation, the parties would like to participate in a mediation prior to Plaintiffs' opposition papers coming due and leave sufficient time for Plaintiff to file an opposition to the motion to dismiss the FAC if the matter does not settle at the time of the mediation.

WHEREAS the parties believe continuing the hearing on the motion to dismiss the FAC will increase the likelihood of this matter settling at the time of the mediation.

WHEREAS, due to the foregoing, the parties have agreed to continue the hearing date for the Motion as more fully set forth below.

**IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys of record that the hearing on the Motion shall be continued from June 16, 2020 to August 11, 2020 at 1:30 p.m. or as soon thereafter as may be convenient to the Court. The deadline for opposition and reply papers shall be calendared in accordance with the continued hearing date.

Dated:  May 18, 2020         DERBY, McGUINNESS & GOLDSMITH, LLP

             */s/ Steven Derby*_____
             By: Steven L. Derby
             Attorneys for Plaintiffs

Dated:  May 18, 2020         KIMBALL, TIREY & ST. JOHN LLP

             */s/ Eli Gordon*_____
             By: Eli A. Gordon
             Attorney for Defendant
             SOLANO CAROLINA PARTNERS, L.P.

Dated:  May 18, 2020         GORDON REES SCULLY MANSUKHANI, LLP

             */s/ Talia Delanoy*_____
             By: Talia Delanoy
             Attorney for Defendant
             JOHN STEWART COMPANY

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on May 18, 2020, I, Eli A. Gordon, attorney with Kimball, Tirey & St. John, LLP received the concurrence of all counsel in the filing of this document.

*/s/ Eli Gordon*
By: Eli A. Gordon
KIMBALL, TIREY & ST. JOHN LLP

# ORDER (AS MODIFIED BY THE COURT)

Based on the written stipulation of the parties and good cause appearing in support thereof, the Motion shall be continued from June 16, 2020 to August 11, 2020 at 1:30 p.m.. The deadline for opposition and reply papers shall be calendared in accordance with the continued hearing date.

**IT IS SO ORDERED.**

Dated:   May 19, 2020

                                            /s/ John A. Mendez  
                                            United Stated District Court Judge