1  STEVEN L. DERBY, ESQ. (SBN 148372)
2  DERBY, McGUINNESS & GOLDSMITH, LLP
   300 Lakeside Drive Suite 1000
3  Oakland, CA 94612
   Telephone: (510) 987-8778
4  Facsimile:  (510) 359-4414
   Email: info@dmglawfirm.com
5
   Attorneys for Plaintiffs
6  WILLIE HOLSTON and ANGELA HOLSTON

7  Eli A. Gordon (SBN 252823)
   Eli.Gordon@kts-law.com
8  KIMBALL, TIREY & ST. JOHN LLP
   915 Wilshire Boulevard, Suite 1650
9  Los Angeles, CA 90017
   Telephone: (213) 337-0050
10 Facsimile: (213) 929-2212

11 Attorneys for Defendants
   SOLANO CAROLINA PARTNERS, L.P.
12
   Talia L. Delanoy (SBN 239973)
13 GORDON REES SCULLY MANSUKHANI, LLP
   3 Parkcenter Drive, Suite 200
14 Sacramento, CA 95825
   Telephone: (916) 565-2900
15 Facsimile: (916) 920-4402
   Email: tdelanoy@grsm.com
16
   Attorneys for Defendant
17 JOHN STEWART COMPANY

18                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
19

20

| | |
|---|---|
| WILLIE HOLSTON and ANGELA HOLSTON<br><br>Plaintiffs,<br><br>v.<br><br>SOLANO CAROLINA PARTNERS, L.P.; JOHN STEWART CO. (aka The John Stewart Company); and DOES 1-20, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:19-cv-01954-JAM-EFB<br><br>**THIRD STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON**<br><br>**Current Hearing Date: August 11, 2020**<br>**Proposed Hearing Date: September 15, 2020**<br><br>Complaint Filed: September 25, 2019<br><br>First Amended Complaint Filed: February 7, 2020 |

Plaintiffs, WILLIE HOLSTON and ANGELA HOLSTON, and Defendants, SOLANO CAROLINA PARTNERS, L.P. and JOHN STEWART COMPANY, submit the following Joint Stipulation and request that the Court continue the hearing date on Defendants' motion to dismiss the First Amended Complaint (the "Motion").

WHEREAS, on February 7, 2020, Plaintiffs filed a First Amended Complaint ("FAC") for disability discrimination, damages and injunctive relief against Defendants, SOLANO CAROLINA PARTNERS, L.P. and JOHN STEWART COMPANY.

WHEREAS on or about February 7, 2020 the parties stipulated to refer this matter to the Court's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 271 and filed a stipulation with the Court accordingly.

WHEREAS on February 20, 2020, the Court ordered this matter referred to VDRP.

WHEREAS on or about March 12, 2020 the parties stipulated to utilize the services of Carolyn Burnette to serve as mediator in this matter.

WHEREAS on July 2, 2020, the Parties participated in a telephonic mediation with Ms. Burnette serving as mediator.

WHEREAS at the mediation, Plaintiffs proposed certain construction work be completed at the subject property. The construction work proposed at the mediation is distinct from that work which was proposed in advance of the mediation.

WHEREAS the Parties have agreed to keep settlement negotiations open for a period of thirty (30) days while Defendants investigate the cost to complete the construction work.

WHEREAS in order to avoid further attorney's fees and costs while bids for the construction work are obtained, the Parties desire to continue the hearing date for the Motion.

WHEREAS, due to the foregoing, the Parties have agreed to continue the hearing date for the Motion as more fully set forth below.

**IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys of record that the hearing on the Motion shall be continued from August 11, 2020 to September 15, 2020 or as soon thereafter as may be convenient to the Court. The deadline for opposition and reply papers shall be calendared in accordance with the continued hearing date.

Dated:  July 2, 2020                      DERBY, McGUINNESS & GOLDSMITH, LLP

 */s/ Steven Derby*_____
By: Steven L. Derby
Attorneys for Plaintiffs

Dated:  July 2, 2020                      KIMBALL, TIREY & ST. JOHN LLP

 */s/ Eli Gordon*
By: Eli A. Gordon
Attorney for Defendant
SOLANO CAROLINA PARTNERS, L.P.

Dated:  July 2, 2020                      GORDON REES SCULLY MANSUKHANI, LLP

 */s/ Talia Delanoy*
By: Talia Delanoy
Attorney for Defendant
JOHN STEWART COMPANY

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on July 2, 2020, I, Eli A. Gordon, attorney with Kimball, Tirey & St. John, LLP received the concurrence of all counsel in the filing of this document.

*/s/ Eli Gordon*
By: Eli A. Gordon
KIMBALL, TIREY & ST. JOHN LLP

# ORDER

Based on the written stipulation of the parties and good cause appearing in support thereof, the Motion shall be continued from August 11, 2020 to September 15, 2020 at 1:30 p.m. The deadline for opposition and reply papers shall be calendared in accordance with the continued hearing date.

**IT IS SO ORDERED.**

Dated: July 7, 2020

/s/ John A. Mendez
United States District Court Judge