1 STEVEN L. DERBY, ESQ. (SBN 148372)
CELIA McGUINNESS, ESQ. (SBN 159420)

2 DEBORAH D. GETTLEMAN, ESQ. (SBN 267309)
DERBY, McGUINNESS & GOLDSMITH, LLP

3 1999 Harrison Street, Suite 1800
Oakland, CA 94612

4 Telephone: (510) 987-8778
Facsimile:  (510) 359-4414

5 Email: info@dmglawfirm.com

6 Attorneys for Plaintiffs
WILLIE AND ANGELA HOLSTON

7

8

9

10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13

14 WILLIE HOLSTON, ANGELA                CASE NO. 2:19-cv-01954-JAM-EFB
   HOLSTON

15
   Plaintiffs,

16                                        **ORDER GRANTING DISMISSAL SUBJECT
   v.                                     TO COURT RETAINING JURISDICTION TO
17                                        ENFORCE SETTELEMENT AGREEMENT**

18 SOLANO CAROLINA PARTNERS, L.P.;
   JOHN STEWART CO. (aka The John

19 Stewart Company); and DOES 1-20,       Complaint Filed: September 25, 2019
   INCLUSIVE,

20      Defendants.

21

22

23

24

25                              **ORDER**

26      Pursuant to the stipulation of the parties and good cause appearing, this matter is hereby

27 dismissed with prejudice with each party to bear its own attorney's fees, costs and litigation

28

**STIPULATION AND FOR DISMISSAL SUBJECT
TO COURT RETAINING JURISDICTION TO
ENFORCE SETTELEMENT AGREEMENT**

G:\DOCS\JAM\Harry\OLD OR SIGNED ORDERS\19cv1954.o.120320.docx

expenses. The court shall retain jurisdiction to enforce the terms of the negotiated settlement agreement until fully performed.

**IT IS SO ORDERED.**

DATED:  December 3, 2020                     /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING DISMISSAL SUBJECT TO COURT RETAINING JURISDICTION TO ENFORCE SETTELEMENT AGREEMENT**            2